# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>(1) MICHAEL D. MOORE,<br>[DOB: 12/11/1989]<br><br>(2) JAMAHL D. JONES,<br>[DOB: 01/23/1987]<br><br>(3) KEONA L. JOHNSON,<br>[DOB: 01/11/1994]<br><br>               Defendant. | Case No. _____<br><br>**COUNT ONE, FOUR, and SEVEN**<br>**MOORE AND JONES**<br>*Felon in Possession of a Firearm*<br>18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>NMT 10 years' imprisonment<br>NMT $250,000 fine<br>NMT 3 years' supervised release<br>Class C felony<br><br>**COUNT TWO and FIVE**<br>**JONES**<br>*Possession with Intent to Distribute a Controlled Substance, Marijuana*<br>21 U.S.C. §§ 841(a)(1), and (b)(1)(D)<br>NMT:  5 Years<br>NMT:  $250,000 Fine<br>NLT:  2 Years Supervised Release<br>Class D Felony<br><br>**COUNT THREE and SIX**<br>**JONES**<br>*Possessing a Firearm in Relation to a Drug Trafficking Crime*<br>18 U.S.C. § 924(c)(1)(A)(i)<br>NLT:  5 Years Imprisonment (consecutive)<br>NMT:  Life Imprisonment<br>NMT:  $250,000 Fine<br>NMT:  5 Years Supervised Release<br>Class A Felony<br><br>**COUNT EIGHT**<br>**JOHNSON**<br>*Making a Misrepresentation in the Acquisition of a Firearm*<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>NMT 5 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 2 Years Supervised Release<br>Class C Felony<br><br>$100 Mandatory Special Assessment as to Each Count |

# **I N D I C T M E N T**

THE GRAND JURY CHARGES THAT:

## **COUNT ONE**

On or about August 17, 2020, in the Western District of Missouri, the defendant, MICHAEL D. MOORE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Smith and Wesson SD9 9mm pistol, bearing Serial Number FYK4174, and the firearm was in and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

## **COUNT TWO**

On or about July 29, 2020, in the Western District of Missouri, the defendant, JAMAHL D. JONES, did knowingly possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## **COUNT THREE**

On or about July 29, 2020, in the Western District of Missouri, the defendant, JAMAHL D. JONES, in furtherance of the drug-trafficking crime alleged in Count Two, did knowingly possess a firearm, to wit: a MasterPiece Arms 9mm pistol, bearing Serial Number FX13875, in violations of Title 18, United States Code, Section 924(c)(1)(A)(i).

## **COUNT FOUR**

On or about July 29, 2020, in the Western District of Missouri, the defendants, JAMAHL D. JONES, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a MasterPiece Arms 9mm pistol, bearing Serial Number FX13875, and the firearm was in and affecting commerce. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

## COUNT FIVE

On or about August 17, 2020, in the Western District of Missouri, the defendant, JAMAHL D. JONES, did knowingly possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT SIX

On or about August 17, 2020, in the Western District of Missouri, the defendant, JAMAHL D. JONES, in furtherance of the drug-trafficking crime alleged in Count Four, did knowingly possess a firearm, to wit: a Sadarius 9mm semi-automatic handgun, bearing Serial Number T110220BV58407, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT SEVEN

On or about August 17, 2020, in the Western District of Missouri, the defendants, JAMAHL D. JONES, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Sadarius 9mm semi-automatic handgun, bearing Serial Number T110220BV58407, and the firearm was in and affecting commerce. All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

## COUNT EIGHT

On or about August 17, 2020, in the Western District of Missouri, the defendant, KEONA L. JOHNSON, in connection with the acquisition of a firearm to wit: a a Sadarius 9mm semi-automatic handgun, bearing Serial Number T110220BV58407, from Drum Magazine LLC, a federally licensed dealer of firearms, knowingly made a false and fictitious written statement to Drum Magazine LLC, as to a fact material to the lawfulness of such acquisition of the said firearm to the defendant under Chapter 44, Title 18, in that the defendant represented that she was the

actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

                                                     A TRUE BILL.

                                         */s/ Pamela Carter-Smith*
                                         FOREPERSON OF THE GRAND JURY

*/s/ Matthew Moeder*
Matthew Moeder
Assistant United States Attorney


Dated:    9/9/2020
       Kansas City, Missouri